# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                    Plaintiff,<br><br>vs.<br><br>JAMES LATIK HARRIS,<br><br>                    Defendant. | Case No. 2:12-cr-00464-JCM-GWF<br><br>**ORDER**<br><br>MOTION FOR PREPARATION<br>OF PRE-PLEA PRESENTENCE<br>REPORT (#28) |

       This matter comes before the Court on Defendant James Latik Harris's ("Defendant") Motion for the Preparation of Pre-Plea Presentence Report (#28), filed on June 25, 2013. The Motion (#28) is unopposed. Defendant represents the preparation of a pre-plea presentence report to determine whether he will qualify as a career criminal will facilitate finalizing a plea agreement. The Court finds that Defendant established good cause for the preparation of a report. Accordingly,

       **IT IS HEREBY ORDERED** that Defendant's Motion for the Preparation of Pre-Plea Presentence Report (#28) is **granted.**

       **IT IS FURTHER ORDERED** that the United States Department of Probation shall prepare a Pre-Plea Presentence Investigation Report no later than 30 days after the date of this Order.

       **IT IS FURTHER ORDERED** that the Clerk of the Court shall serve a copy of this Order on the United States Department of Probation.

       DATED this 16th day of July, 2013.

                                                        _____<br>
                                                         GEORGE FOLEY, JR.<br>
                                                         United States Magistrate Judge