# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> vs. ) <br> ) <br> JAMES LATIK HARRIS, ) <br> ) <br> Defendant. ) <br> _____ ) | Case No. 2:12-cr-00464-JCM-GWF <br><br> **ORDER** <br><br> Motion to Dismiss (#34) |

This matter comes before the Court on Defendant's Motion to Dismiss (#34), filed on September 9, 2013. In light of Defendant's change of plea before the District Judge in this case, *see October 24, 2013 Minutes of Proceedings, Doc. #46*, the Court will vacate the Motion to Dismiss (#34). Accordingly,

**IT IS HEREBY ORDERED** that Defendant Harris' Motion to Dismiss Counts One through Four of the Indictment (#34) is **vacated** without prejudice.

DATED this 5th day of November, 2013.

_____
GEORGE FOLEY, JR.
United States Magistrate Judge