UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:12-CR-464 JCM (GWF) |
| Plaintiff(s), | ORDER |
| v. | |
| JAMES LATIK HARRIS, | |
| Defendant(s). | |

Presently before the court is petitioner James Latik Harris's motion for the court to defer its ruling on his motion to vacate, set aside, or correct sentence under 28 U.S.C. § 2255. (ECF No. 62).

Petitioner requests thirty (30) days to review the United States Supreme Court decision *Beckles v. United States*, 137 S. Ct. 886, 890 (2017), and to confer with counsel. (ECF No. 62). Indeed, the motion indicates that a new filing may be forthcoming. (*Id.*).

No opposition to this motion has been filed. Therefore, the government has constructively consented to this court's granting of the motion. LR 7-2(b).

Accordingly,

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that petitioner's motion to defer ruling (ECF No. 62) be, and the same hereby is, GRANTED.

DATED April 20, 2017.

UNITED STATES DISTRICT JUDGE

James C. Mahan
U.S. District Judge